**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7801**

———————

TIDES JERRY NEWTON, III,

Plaintiff - Appellant,

versus

SERGEANT PHILLIPS; COUNSELOR JESSE; COUNSELOR
DUFFY; LIEUTENANT FOWLER; MAJOR FLEMING; L.
FLEMING; SERGEANT O'QUINN; C/O COUNTS;
LIEUTENANT HONAKER; CARL YATES; RICK WIANDT,
a/k/a Wiandt; WARDEN BRAXTON; MR. HUFFMAN;
CENTRAL CLASSIFICATION BOARD; R. A. YOUNG,
Regional Director; LIEUTENANT ROBINSON; LARRY
DELP, a/k/a Delp; KENNETH MOORE, Special
Agent; RON ANGELONE; GENE JOHNSON; J. WILLIAM,

Defendants - Appellees,

and

SERGEANT AUSTIN; THE OFFICE OF THE INSPECTOR
GENERAL; GRIEVANCE OFFICER; HUMAN RIGHTS
ACTIVISTS; S. CAUDILL, a/k/a Mr. Caudill;
JAMES M. LESLIE, Special Agent; JOHN 1-3 DOES;
J. ELY; B. EDMONDS; P. SAUL,

Defendants.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (CA-02-1230)

———————

Submitted: February 24, 2005          Decided: March 8, 2005

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tides Jerry Newton, III, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tides Jerry Newton, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Newton v. Phillips</u>, No. CA-02-1230 (W.D. Va. Oct. 1, 2004). We deny Newton's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>